No. 09-11061. William C. Pringle, Petitioner v. EMC Mortgage Corporation, et al.

562 U.S. 950, 131 S. Ct. 135, 178 L. Ed. 2d 248, 2010 U.S. LEXIS 7713.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

No. 09-11088. Dahir Abdulle Shire, Petitioner v. United States.

No. 09-11197. Mohamed Jama, Petitioner v. United States.

562 U.S. 950, 131 S. Ct. 139, 178 L. Ed. 2d 248, 2010 U.S. LEXIS 7844.

October 4, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 369 Fed. Appx. 242.